# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ST. JOE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br><br>    Defendant. | Civil Action No.: 10-733 (GMS)<br><br>On removal from the Superior Court of the State of Delaware in and for New Castle County<br>Civil Action No. 10C-08-032 PLA<br><br>JURY DEMANDED |

## HALLIBURTON ENERGY SERVICES, INC.'S
## STATEMENT PURSUANT TO LOCAL RULE 81.2

Pursuant to Local Rule 81.2, concerning cases transferred or removed to this Court, defendant Halliburton Energy Services, Inc. ("HESI") respectfully submits this statement identifying all pending matters requiring judicial action in the above-captioned case, as follows:

1.  This action was filed by plaintiff The St. Joe Company ("St. Joe") in the Superior Court of the State of Delaware in and for New Castle County on August 4, 2010 (the "State Court Action"). On August 27, 2010, HESI removed the State Court Action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. (D.I. 1). At the time of removal, there were no matters pending in the court below requiring judicial action.

2.  On August 30, 2010, HESI filed a Motion to Stay Proceedings Pending MDL Panel's Transfer Ruling (the "Motion to Stay"). (D.I. 10). St. Joe filed a response in opposition to the Motion to Stay on September 16, 2010. (D.I. 18). HESI's reply is due on September 27, 2010.

3.  On August 30, 2010, HESI filed a Notice of Potential "Tag-Along Action" ("Notice of Tag-Along Action") with the Judicial Panel on Multidistrict Litigation (the "MDL

Panel"),[1] requesting that the MDL Panel transfer this case to the United States District Court for the Eastern District of Louisiana ("transferee court") for pre-trial consolidation with hundreds of other actions that relate to the *Deepwater Horizon* oil spill and necessarily involve one or more common questions of fact.  The MDL Panel already has issued a Transfer Order and four Conditional Transfer Orders ("CTOs") transferring 77 and conditionally transferring 141 other such civil actions, respectively, to the transferee court.  A true and correct copy of the Transfer Order is attached hereto as Exhibit A.  True and correct copies of the four CTOs are attached hereto as Exhibits B, C, D & E, respectively.  (D.I. 14).

4. Also on August 30, 2010, HESI filed a Motion for Pro Hac Vice Appearance for the following counsel: Donald E. Godwin; Bruce W. Bowman, Jr.; Jenny L. Martinez; R. Alan York; Floyd R. Hartley, Jr.; and Gavin E. Hill.  (D.I. 3-8).

5. On August 31, 2010, St. Joe filed a Motion to Remand and supporting brief (the "Motion to Remand").  (D.I. 11 & 12).  HESI is filing its answering brief contemporaneously with this statement today, September 17, 2010.  St. Joe's reply is due on September 27, 2010.

6. On September 3, 2010, HESI filed a Motion to Dismiss St. Joe's Complaint and supporting brief (the "Motion to Dismiss").  (D.I. 16 & 17).  St. Joe's answering brief is due on September 20, 2010.  HESI's reply brief will be filed in accordance with applicable Court rules.

7. Once briefing is completed on the Motions to Stay, Remand and to Dismiss, all three matters will require judicial action.  However, the Motion to Remand may be rendered moot by the MDL Panel's determination on whether this action should be consolidated in the transferee court with other similar actions.  Moreover, to the extent this case is transferred by the MDL, the Motion to Dismiss likely will have to be decided (or re-decided) by the transferee

---

[1] HESI also filed the Notice of Tag-Along Action with this Court on September 1, 2010.

court. For these reasons, HESI respectfully requests that the Motion to Stay be considered and ruled on before the Motions to Remand and Dismiss.

          **PINCKNEY, HARRIS & WEIDINGER, LLC**

          */s/   Joanne P. Pinckney*
          Michael A. Weidinger (DE I.D. No. 3330)
          Joanne P. Pinckney (DE I.D. No. 3344)
          Patricia R. Uhlenbrock (DE I.D. No. 4011)
          1220 North Market Street, Suite 950
          Wilmington, Delaware 19801
          Telephone: (302) 504-1497
          Facsimile: (302) 655-5213

          *-and-*

          **GODWIN RONQUILLO PC**
          Donald E. Godwin
          *Attorney in Charge, pending pro hac vice admission*
          dgodwin@godwinronquillo.com
          Bruce W. Bowman, Jr.
          bbowman@godwinronquillo.com
          Jenny L. Martinez
          jmartinez@godwinronquillo.com
          Floyd R. Hartley, Jr.
          fhartley@godwinronquillo.com
          Gavin E. Hill
          ghill@godwinronquillo.com
          1201 Elm Street, Suite 1700
          Dallas, Texas 75270-2041
          Telephone: 214.939.4400
          Facsimile: 214.760.7332

          *-and-*

          R. Alan York
          ayork@godwinronquillo.com
          1331 Lamar, Suite 1665
          Houston, Texas 77010
          Telephone: 713.595.8300
          Facsimile: 713.425.7594

          **ATTORNEYS FOR DEFENDANT**
          **HALLIBURTON ENERGY SERVICES, INC.**

September 17, 2010