# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302.777.6539
direct fax: 302.691.4739
johnsone@pepperlaw.com

November 1, 2010

The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *St. Joe Company v. Halliburton Energy Services, Inc.*, 1:10-cv-00733-GMS.

Dear Judge Sleet:

I write on behalf of The St. Joe Company ("St. Joe") and in response to Ms. Pinckney's letter dated October 27, 2010, on behalf of Halliburton Energy Services, Inc. ("Halliburton"). Halliburton asks this Court to consider other collateral developments in deciding the fully-briefed jurisdictional issues raised in St. Joe's motion to remand. This Court should be aware of other important facts that are relevant to the issue:

First, Conditional Transfer Order No. 5 ("CTO-5") will have no effect until at least January 2011. That is the earliest an as-yet unscheduled hearing by the Judicial Panel on Multidistrict Litigation (the "JPML") can occur in which St. Joe's and Halliburton's arguments about whether CTO-5 should become final could be considered. St. Joe welcomes the apparent withdrawal of Halliburton's Motion to Stay, but the issue is hardly moot: this Court will retain its authority to determine whether Halliburton's removal was lawful for several months.

Second, in the *Trahan* ruling described by Halliburton, the Southern District of Texas expected transfer to occur within "a few weeks." That is not the case here. In addition, if this case were to be transferred to Judge Barbier, his procedural orders direct the parties in transferred cases to rebrief all outstanding issues in accordance with that Court's schedule.

Third, although Judge Barbier's recent remand decisions involve a group of cases originating under Louisiana state law, his opinions did not depend on that fact. Consequently, none of Judge Barbier's decisions reach the key issue here: whether St. Joe's claims raise a

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Gregory M. Sleet
Page 2
November 1, 2010

federal question for purposes of 28 U.S.C. § 1441(b).[1] St. Joe refers this Court to the discussion of these cases in St. Joe's remand papers submitted in Docket No. 10-cv-00810-GMS (*St. Joe v. M-I, LLC*).

St. Joe respectfully asks this Court not to delay its consideration of the threshold jurisdictional issues that are now fully briefed and pending before it, and to decide St. Joe's Motion to Remand.

Respectfully,

Edmond D. Johnson (# 2257)

EDJ/kw
Enclosure

---

[1] St. Joe stands ready to provide supplemental briefing to discuss Judge Barbier's rulings, should this Court desire.

#13396508 v1